UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL MOODY, AYANDA CARMICHAEL, AND RONNIE CLARK<br><br>Plaintiffs,<br><br>vs.<br><br>THE RELATED COMPANIES, L.P., AND ERY SOUTH RESIDENTIAL TOWER LLC,<br><br>Defendants. | Case No. 1:21-cv-6238 (VEC)<br><br>**Oral Argument Requested** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, dated September 10, 2021, the Declaration of Gabriel Herrmann, dated September 10, 2021, and the exhibits annexed thereto, and such other and further papers and proceedings as may be filed herein, Defendants The Related Companies, L.P. and ERY South Residential Tower, LLC, by and through undersigned counsel, hereby move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
       September 10, 2021

Of counsel:

Alexandra Perloff-Giles
Lauren Myers

GIBSON, DUNN & CRUTCHER LLP

By: /s/   *Randy M. Mastro*
    Randy M. Mastro
    (rmastro@gibsondunn.com)
    Gabriel Herrmann
    (gherrmann@gibsondunn.com)
    Akiva Shapiro
    (ashapiro@gibsondunn.com)
    Nathan C. Strauss
    (nstrauss@gibsondunn.com)

200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants The Related Companies, L.P., and ERY South Residential Tower LLC*