UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL MOODY, AYANDA CARMICHAEL, AND RONNIE CLARK<br><br>               Plaintiffs,<br><br>vs.<br><br>THE RELATED COMPANIES, L.P., AND ERY SOUTH RESIDENTIAL TOWER LLC,<br><br>               Defendants. | Case No. 1:21-cv-6238 (VEC) |

### DECLARATION OF GABRIEL HERRMANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Gabriel Herrmann, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the bar of this Court and a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel to Defendants The Related Companies, L.P. ("Related") and ERY South Residential Tower LLC ("ERY") (together, with Related, "Defendants") in the above-captioned action.

2. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Complaint, dated September 10, 2021.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Complaint in this action, which was filed on July 22, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of the New York State Housing Financing Agency's Amended & Restated Regulatory Agreement for the 15 Hudson Yards Apartments Project ("Regulatory Agreement"), which is also available at https://a836-acris.nyc.gov/DS/DocumentSearch/DocumentImageView?doc_id=2020080300635009.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Amended and Restated Declaration of 15 Hudson Yards Condominium, including the associated Condominium By-Laws and Tower Section By-Laws, which is also available at https://a836-acris.nyc.gov/DS/DocumentSearch/DocumentImageView?doc_id=2018120700109001.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a NYC Housing Connect Flyer for 553 West 30th Street, New York, NY, which is also available at https://a806-housingconnect.nyc.gov/nyclottery/AdvertisementPdf/602.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 10, 2021

<i>/s/ Gabriel Herrmann</i><br>
Gabriel Herrmann