UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL MOODY, AYANDA CARMICHAEL, AND RONNIE CLARK<br><br>  Plaintiffs,<br><br>vs.<br><br>THE RELATED COMPANIES, L.P., AND ERY SOUTH RESIDENTIAL TOWER LLC,<br><br>  Defendants. | Case No. 1:21-cv-6238 (VEC)<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying letter, filed in accordance with the Court's October 18, 2021 Order (ECF Doc. 20), and the accompanying Declaration of Gabriel Herrmann, dated October 27, 2021, and the exhibits annexed thereto, as well as upon the previously filed Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, dated September 10, 2021 (ECF Doc. 14), the Declaration of Gabriel Herrmann, dated September 10, 2021, and the exhibits annexed thereto (ECF Docs. 15 and 15-1 through 15-4), and all other and further papers and proceedings herein, Defendants The Related Companies, L.P. and ERY South Residential Tower, LLC, by and through undersigned counsel, hereby move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, for an Order dismissing Plaintiff's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
       October 27, 2021

Of counsel:

Alexandra Perloff-Giles
Lauren Myers

GIBSON, DUNN & CRUTCHER LLP

By: /s/  *Randy M. Mastro*
    Randy M. Mastro
    (rmastro@gibsondunn.com)
    Gabriel Herrmann
    (gherrmann@gibsondunn.com)
    Akiva Shapiro
    (ashapiro@gibsondunn.com)
    Nathan C. Strauss
    (nstrauss@gibsondunn.com)

200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants The Related Companies, L.P., and ERY South Residential Tower LLC*