UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL MOODY, AYANDA CARMICHAEL, AND RONNIE CLARK<br><br>                Plaintiffs,<br><br>   vs.<br><br>THE RELATED COMPANIES, L.P., AND ERY SOUTH RESIDENTIAL TOWER LLC,<br><br>                Defendants. | Case No. 1:21-cv-6238 (VEC) |

**DECLARATION OF GABRIEL HERRMANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Gabriel Herrmann, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the bar of this Court and a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel to Defendants The Related Companies, L.P. ("Related") and ERY South Residential Tower LLC ("ERY") (together, with Related, "Defendants") in the above-captioned action.

2. I submit this declaration in support of Defendants' October 27, 2021 motion to dismiss Plaintiffs' Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Amended Complaint in this action, which was filed on October 15, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of a redlined document showing the differences between the original Complaint in this action, filed on July 22, 2021, and the Amended Complaint, filed on October 15, 2021.

Dated:  New York, New York                     */s/ Gabriel Herrmann*
        October 27, 2021                                   Gabriel Herrmann