**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Chanel Moody, Ayanda Carmichael,
and Ronnie Clark

                          Plaintiffs,

       -against-                                  21 **CIVIL** 6238 (VEC)

                                                      **<u>JUDGMENT</u>**

The Related Companies, L.P. and
ERY South Residential Tower LLC,

                          Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 10, 2022, Defendants' motion to dismiss is granted and this case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      August 12, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                  **BY:**      *J. Saviñon*

                                                                 **Deputy Clerk**