



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931-6530
Fax: (212) 898-0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

December 16, 2022

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    *Moody v. The Related Companies, L.P.*, Case No. 21-cv-06238-VEC (S.D.N.Y.)

Dear Judge Caproni:

    I am a member of Mark David Shirian P.C., attorneys for the plaintiffs, in the above-referenced action.

    On December 7, 2022, Defendants filed a Rule 11 motion sanctions against me. I respectfully request that my time to file opposition to Defendants' motion be extended from December 21, 2022 to February 3, 2023. Defendants consent to my request. This is my first request for an extension of time to oppose Defendants' Rule 11 motion.

    Thank You for Your consideration of this request.

                  Respectfully submitted,

                  Mark D. Shirian

MDS: ns
cc:    All Parties (via ECF service)

Application GRANTED. The deadline for Plaintiffs to oppose the motion is hereby extended from Wednesday, December 21, 2022 until **Friday, February 3, 2023**. The deadline for Defendants to file any reply is extended from Wednesday, December 28, 2022 until **Friday, February 17, 2023**.

SO ORDERED.

*[signature]* 12/19/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE